```
              DISTRICT COURT OF THE VIRGIN ISLANDS
               DIVISION OF ST. THOMAS AND ST. JOHN
```

JUDITH WHEATLEY,                    )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )    Civil No. 2015-40
                                    )
GOVERNOR KENNETH E. MAPP, LT.       )
GOVERNOR OSBERT POTTER, and THE     )
GOVERNMENT OF THE UNITED STATES     )
VIRGIN ISLANDS,                     )
                                    )
         Defendants.                )
                                    )

ATTORNEYS:

**Lee J. Rohn**
St. Croix, U.S.V.I.
   *For the plaintiff.*

**Claude Walker, AG**
**Ariel Marie Smith-Francois, AAG**
**Tamika Archer, AAG**
Virgin Islands Department of Justice
St. Thomas, U.S.V.I.
   *For the defendants.*

## JUDGMENT

**GÓMEZ, J.**

On November 16, 2016, a mediation conference was held before the Honorable Susan D. Wigenton in the above captioned matter. Following the conference, the parties advised Judge Wigenton on the record that they had entered a settlement agreement resolving all claims. The premises considered, it is hereby

*Wheatley v. Mapp, et al.*
Civil No. 2015-40
Order
Page 2

      **ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

      **ORDERED** that the trial setting in this matter is **VACATED**; it is further

      **ORDERED** that all pending motions in this case are **MOOT**; it is further

      **ORDERED** that this case is **DISMISSED**; it is further

      **ORDERED** that the Clerk of the Court shall **CLOSE** this case; and it is further

      **ORDERED** that the Court shall retain jurisdiction over this matter until February 14, 2017, to enforce the settlement agreement.

      S\_____
          **Curtis V. Gómez**
          **District Judge**